**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| SUSAN MCFARLAND, | : | No. 20 EM 2019 |
| Respondent | : | |
| v. | : | |
| | : | |
| ETHICON, INC., AND JOHNSON & JOHNSON, | : | |
| | : | |
| | : | |
| Petitioners | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of March, 2019, the emergency "Application for Extraordinary Relief and/or King's Bench Jurisdiction … and for a Stay" is **DENIED**.